THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD B. DROLLINGER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

KATHRYN M. FOLEY, Respondent, v. RICHARD J. FOLEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

FAUSTINO MORALES, Respondent, v. EDWARD BUDZINSKI, Defendant, Impleaded with JOSEPH BUDD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MILDRED COONE, Respondent, v. GAE REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE NATIONAL BANK OF AMERICA AT PITTSBURGH, Appellant, Respondent, v. CHARLES E. MERRILL and Others, Respondents, Appellants.— Judgment reversed and a new trial ordered, with costs to the plaintiff to abide the event, upon the ground that plaintiff had established a *prima facie* case and that there were issues of fact entitling it to go to the jury upon its theories of the action. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

RALPH PULITZER and JOSEPH PULITZER, Appellants, v. GEORGINE CAMPBELL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE P. MINGEY, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. F. M. EUGENE BLASS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

SUPREME COUNCIL OF THE ROYAL ARCANUM, Plaintiff, v. JOSEPH MUNSEY, Respondent, and REGINA WALDHEIM FORMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of FULTON TRUST COMPANY OF NEW YORK, as Substituted Trustee under the Last Will and Testament of VINCENT C. KING, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of SADIE GOLDFELD, Appellant, for the Judicial Construction of the Will of ISIDORE GOLDFELD, Deceased. JESSE SISKIND, Special Guardian for CELIA GOLDFELD and Others, Infants, Respondents.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

VAN VLIET & PLACE, INC., and Another, Appellants, v. EMANUEL P. GUERIN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

WILLIAM DONALDSON, Respondent, v. PIETROWSKI & KONOP COMPANY, Defendant, Impleaded with AMIA REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.